United States District Court
Southern District of Texas

**ENTERED**

April 17, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:24-CV-00034** |
| | § | |
| **$98,723.00 U.S. CURRENCY** | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff United States of America ("Government") filed a Motion for Default Judgment and Entry of Final Order of Forfeiture against $98,723.00 in United States Currency ("Defendant Currency") on September 24, 2025. (Dkt. 19.) The undersigned referred this matter to Magistrate Judge Diana Song Quiroga, (Dkt. 20), who thereafter submitted her report and recommendation. (Dkt. 21); *see* 28 U.S.C. § 636. In her Report and Recommendation, the Magistrate Judge recommends that the Court grant the Motion for Default Judgment and enter an order of forfeiture of the seized currency. (*Id*. at 1, 8.) The Government also filed a statement of no objection to the report and recommendation. (Dkt. 22.) The time period to file an objection has since elapsed, and no other responses were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the report and recommendation for clear error. *See Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021) (per curiam). Finding no clear error, the Report and Recommendation, (Dkt. 21), is hereby ADOPTED IN WHOLE. The Government's Motion for Default Judgment and Entry of Final Order of Forfeiture against $98,723.00 in United States Currency, (Dkt. 19), is hereby GRANTED. The Clerk of Court is DIRECTED to TERMINATE this case. A separate final order of forfeiture will issue.

1 / 2

IT IS SO ORDERED.

SIGNED this April 17, 2026.

Diana Saldaña
United States District Judge